# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00772-CR

**Wendy Welch, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-06-201125, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Wendy Welch pleaded guilty to drug possession and was placed on community supervision. The trial court has certified that the case is a plea bargain case and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   December 17, 2010

Do Not Publish